

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00042-CV

Kayla Maradiaga, Individually and as Representative of Border Financial Services, Inc.,
D/B/A A-MEX, A-MEX II, A-MEX III and Cash Express
v.
Steve B. Becker and Exel Bobbins & Plastics Components, Inc.

On Appeal from the
357th District Court of Cameron County, Texas
Trial Cause No. 2015-DCL-04100-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant, Kayla Maradiaga, Individually and as Representative of Border Financial Services, Inc., D/B/A A-Mex, A-Mex II, A-Mex III, and Cash Express.

We further order this decision certified below for observance.

February 6, 2020